MEMORANDUM OPINION




No. 04-02-00814-CV



Robert CROUCH,


Appellant



v.



CREDIT BASED ASSET SERVICING AND SECURITIZATION, LLC,


Appellee



From the County Court at Law No. 1, Guadalupe County, Texas


Trial Court No. 4415


Honorable Linda Z. Jones, Judge Presiding



PER CURIAM


Sitting: Karen Angelini, Justice

 Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: November 5, 2003


DISMISSED

 Appellant has filed an agreed motion to dismiss this appeal. We grant the motion and dismiss the
appeal. See Tex. R. App. P. 42.1(a)(2). Costs of the appeal are taxed against appellant.

 PER CURIAM